IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KERN HORACE RYAN,

    Petitioner

v.

THOMAS DECKER, et al.,

    Respondents

3:13-CV-682
(JUDGE MARIANI)

FILED
SCRANTON

JUL 3 1 2013

PER _____
DEPUTY CLERK

## ORDER

**AND NOW, THIS 31st DAY OF JULY 2013**, upon review of Magistrate Judge Carlson's Report & Recommendation (Doc. 5) for clear error or manifest injustice, and Ryan's Petition for Writ of Habeas Corpus (Doc. 1), **IT IS HEREBY ORDERED THAT**:

1. The Report & Recommendation (Doc. 5) is **ADOPTED**.

2. Ryan's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED WITHOUT PREJUDICE** to renewal at such time, if any, as the delay and detention become unreasonable and excessive.

3. The Clerk of Court is directed to **CLOSE** the case.

Robert D. Mariani
United States District Judge